In the Matter of EDWARDS C. O'BOYLE, JR., an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Petitioner.

Second Department, June 2, 1986

**APPEARANCES OF COUNSEL**

*Gary L. Casella (Gary D. Egerman* of counsel), for petitioner.

**OPINION OF THE COURT**

Per Curiam.

Respondent was admitted to practice by this court on October 19, 1966.

On December 2, 1985, respondent entered pleas of nolo contendere in a District Court of the State of Vermont to eight counts of embezzlement in violation of Vermont Statutes Annotated, title 13, § 2531 and eight counts of forgery under Vermont Statutes Annotated, title 13, § 1801, which are felonies under Vermont law.

The crime of embezzlement in Vermont is essentially similar to the class D felony of grand larceny in the second degree under New York Penal Law § 155.35. The crime of forgery in Vermont is essentially similar to the class D felony of forgery in the second degree under New York Penal Law § 170.10.

Pursuant to Judiciary Law § 90 (4), the respondent ceased to be an attorney and counselor-at-law upon his conviction of a felony.

Accordingly, the petitioner's motion is granted. The respondent is disbarred and the clerk of the court is directed to strike his name from the roll of attorneys and counselors-at-law forthwith.

MOLLEN, P. J., LAZER, MANGANO, GIBBONS and KUNZEMAN, JJ., concur.